GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
IRA A. DAVES
Assistant United States Attorney
California Bar No. 156724
Ira.Daves@usdoj.gov
CHUNG H. HAN
Assistant United States Attorney
California Bar No. 191757
Chung.Han@usdoj.gov
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2443 or 2083
    Fax:      (213) 894-7819

Attorneys for Defendant Janet Napolitano, Secretary,
Department of Homeland Security

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KENNETH GRAHAM, | No. SACV 08-1410-DOC(ANx) |
| Plaintiff, | [PROPOSED] ORDER APPROVING |
| v. | JOINT STIPULATION RE PROTECTIVE |
| JANET NAPOLITANO, SECRETARY, DEP'T OF HOMELAND SECURITY, | ORDER |
| Defendant. | Hon. David O. Carter<br>United States District Judge |

1 Finding good cause, the Court HEREBY APPROVES the parties' Joint
2 Stipulation re Protective Order, filed on March 1, 2010.

4 IT IS SO ORDERED

6 DATED: March 3, 2010  _____
ARTHUR NAKAZATO
7 UNITED STATES MAGISTRATE JUDGE

8 Presented by:

9 GEORGE S. CARDONA
Acting United States Attorney
10 LEON W. WEIDMAN
Assistant United States Attorney
11 Chief, Civil Division
CHUNG HAN
12 Assistant United States Attorney

14 ____/s/_____
IRA A. DAVES
15 Assistant United States Attorney
Attorneys for Defendant

2