JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KENNETH GRAHAM, | Case No: SACV 08-1410 DOC (ANx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| JANET NAPOLITANO, Secretary, U.S. Department of Homeland Security, | Hon. David O. Carter United States District Judge |
| Defendant. | |

1  The Court, having accepted and entered the jury's unanimous verdict, hereby
2  enters judgment in favor of Defendant Janet Napolitano, Secretary of the United
3  States Department of Homeland Security.

**IT IS SO ORDERED AND ADJUDGED.**

**Dated this 27th  day of the month of September 2010.**

_____*David O. Carter*_____
**THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE**